TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264
RICHARD ANTHONY LOPEZ
Assistant United States Attorney
United States Attorney's Office
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6551 / Fax: (702) 388-6418
tony.lopez@usdoj.gov

LORINDA I. LARYEA
Chief
DANIEL ZYTNICK
Trial Attorney
U.S. Department of Justice
Criminal Division, Fraud Section
1400 New York Ave. NW
Washington, DC 20005
(202) 598-6752
daniel.e.zytnick@usdoj.gov

*Attorneys for the United States*

| | FILED | | RECEIVED |
|---|---|---|---|
| | ENTERED | | SERVED ON |

MAR 25 2026

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA

BY: _____ AMMi _____ DEPUTY

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:25-cr-0138-RFB-MDC |
| Plaintiff, | **Government's Motion to Unseal Case** |
| v. | |
| NARINDER COMBO, | |
| Defendant. | |

On May 20, 2025, a grand jury indicted defendant Narinder Combo. ECF No. 1. The Court ordered that the indictment and all related documents be kept under seal until further order of the court. ECF No. 3.

The government moves to unseal the indictment and all related documents because the defendant has been arrested, has made an initial appearance in another district, and is expected to make his initial appearance in this district on March 26, 2026.

Respectfully submitted this 25th day of March 2026.

| | |
|---|---|
| U.S. DEPARTMENT OF JUSTICE<br>CRIMINAL DIVISION, FRAUD SECTION<br>LORINDA I. LARYEA<br>Chief | U.S. ATTORNEY'S OFFICE<br>FOR THE DISTRICT OF NEVADA<br>SIGAL CHATTAH<br>First Assistant United States Attorney |
| */s/ Daniel Zytnick*<br>DANIEL ZYTNICK<br>Trial Attorney | RICHARD ANTHONY LOPEZ<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:25-cr-0138-RFB-MDC |
| Plaintiff, | **Order on Government's Motion to Unseal Case** |
| v. | |
| NARINDER COMBO, | |
| Defendant. | |

Based on the pending motion of the Government, and good cause appearing therefore, **IT IS HEREBY ORDERED** that motion is granted and the indictment and all related documents be unsealed.

DATED this 30th day **of** March 2026.

_____

HON. RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE